AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No.
ONE HP LAPTOP MODEL NUMBER 15-BS212WM )
AND ONE MOTOROLA DROID TURBO CELL PHONE )
SERIAL NUMBER ZX1F22PT35 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
ONE HP LAPTOP MODEL NUMBER 15-BS212WM AND ONE MOTOROLA DROID TURBO CELL PHONE SERIAL NUMBER ZX1F22PT35 described in Attachement A to the Affidavit

located in the _____ District of ___South Carolina___ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B to the Affidavit.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A (a)(5)(B) | Possession of child pornography |

The application is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*/s/ [signature]*
Applicant's signature

Joshua R. Metcalf, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 28, 2019

*/s/ Paige J. Gossett*
Judge's signature

City and state: Columbia, South Carolina

Paige J. Gossett United States Magistrate Judge
*Printed name and title*